# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 3:98-cr-259-J-33HTS |
| ARNOLD CLAYTON | USM Number: 28226-018 |
| | Defendant's Attorney: James A. Hernandez (cja) |

**THE DEFENDANT:**

**X** admitted guilty to violation of charge number(s) **1 and 2** of the term of supervision.

___ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New criminal conduct occurring while on supervision | October, 2005 |
| 2. | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer. | May, 2006 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s)___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 16, 2007

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

DATE: August 28, 2007

FILED 2007 AUG 28 PM 4:27

| | |
|---|---|
| Defendant: ARNOLD CLAYTON | Judgment - Page 2 of 2 |
| Case No.: 3:98-cr-259-J-33HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY-FOUR (24) MONTHS. The term of imprisonment imposed shall run consecutively with the defendant's term of imprisonment already imposed in Case No. 3:06-cr-141-J-33MCR.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

　　____ at _____ a.m. p.m. on _____.

　　____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　____ before 2 p.m. on _____.

　　____ as notified by the United States Marshal.

　　____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL